**WHOLE COURT**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.** http://www.gaappeals.us/rules

**April 27, 2016**

# In the Court of Appeals of Georgia

A14A0297. THE STATE v. ALLEN et al.

PHIPPS, Presiding Judge.

In *State v. Allen*,[1] this court affirmed the trial court's grant of the motions to suppress evidence filed by Dorian Allen and Patrick Scott. The Supreme Court of Georgia reversed that decision in *State v. Allen*.[2] In accordance therewith, we vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and reverse the judgment of the trial court.

*Judgment reversed. Andrews, P.J., Barnes, P.J., Ellington, P.J., and McFadden, Ray and McMillian, JJ., concur.*

---

[1] 328 Ga. App. 411 (762 SE2d 111) (2014).

[2] 298 Ga. 1 (779 SE2d 248) (2015).